IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON CASADOS, for himself and for all others similarly situated,

    Plaintiff,

v.     No. 6:10-cv-00751-JAP-SMV

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE CLASS ACTION PRELIMINARY APPROVAL PAPERS

THIS MATTER comes before the Court on the Joint Motion for Extension of Time to File Class Action Preliminary Approval Papers ("Joint Motion") [**Doc. 71**], filed May 6, 2015. Being fully advised it the premises, the Court finds that the Joint Motion is well taken and will be GRANTED.

IT IS THEREFORE ORDERED that the Parties are granted an extension of time, until May 22, 2015, to file all preliminary approval papers in support of the settlement of this class action.

_____
The Honorable Stephan M. Vidmar
UNITED STATES MAGISTRATE JUDGE

**Submitted and approved by:**

<u>/s/ Erin B. O'Connell</u>  
Erin B. O'Connell  
O'Connell Law LLC  
4801 All Saints Road NW  
Albuquerque, NM 87120  
(505) 792-3746  

Geoffrey R. Romero  
Law Offices of Geoffrey R. Romero  
4801 All Saints Road NW  
Albuquerque, NM 87120  
(505) 247-3338  

Joseph Goldberg  
David A. Freedman  
Vincent J. Ward  
Freedman Boyd Hollander Goldberg Urias & Ward  
20 First Plaza, Suite 700  
Albuquerque, NM 87102  
(505) 842-9960  

Ray M. Vargas, II  
The Vargas Law Firm, LLC  
807 Silver Ave. SW  
Albuquerque, NM 87102  
(505) 242-1670  

Matthew L. Garcia  
Garcia Ives Nowara LLC  
201 3rd St. NW, Suite 480  
Albuquerque, NM 87102  
(505) 899-1030  

David P. Garcia  
The Law Firm of David P. Garcia PC  
303 Paseo de Peralta  
Santa Fe, NM 87501  
(505) 982-1873  

*Attorneys for Plaintiff*

<u>/s/ Brian J. Spano</u>  
Brian J. Spano  
Jessica L. Fuller  
Lewis Roca Rothgerber LLP  
1200 17th Street, Suite 3000  
Denver, CO 80202-5855  
(303) 628-9527  

*Attorneys for Defendant*